UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND; MASON TENDERS DISTRICT
COUNCIL PENSION FUND; MASON TENDERS
DISTRICT COUNCIL ANNUITY FUND; MASON
TENDERS DISTRICT COUNCIL TRAINING FUND;
MASON TENDERS DISTRICT COUNCIL HEALTH
AND SAFETY FUND; and DOMINICK GIAMMONA,
as FUNDS' CONTRIBUTIONS/DEFICIENCY
MANAGER,



Plaintiffs,

18 **CIVIL** 3668 (AT)

-against-

**JUDGMENT**

GIBRALTAR CONTRACTING, INC.; and
CHRISTIAN VARELA, in his Personal Capacity,
Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 6, 2020, Plaintiffs' motion for summary judgment is

GRANTED.

**Dated:** New York, New York
January 8, 2020

**RUBY J. KRAJICK**

BY:

**Clerk of Court**

**Deputy Clerk**