USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/22/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASON TENDERS DISTRICT COUNCIL WELFARE FUND; MASON TENDERS DISTRICT COUNCIL PENSION FUND; MASON TENDERS DISTRICT COUNCIL ANNUITY FUND; MASON TENDERS DISTRICT COUNCIL TRAINING FUND; MASON TENDERS DISTRICT COUNCIL HEALTH AND SAFETY FUND; and DOMINICK GIAMMONA, as FUNDS' CONTRIBUTIONS/DEFICIENCY MANAGER,

                Plaintiffs,

    -against-

GIBRALTAR CONTRACTING, INC.; and CHRISTIAN VARELA, in his Personal Capacity,

                Defendants.

18 Civ. 3668 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 14, 2020, the Court issued an amended order. ECF No. 66. In its conclusion, the Court ordered that Plaintiffs be awarded, *inter alia*, "[i]nterest [on delinquent fringe benefit contributions] in the amount of $82,409.97, plus additional interest accrued from June 27, 2019 until January 8, 2020," and "[l]iquidated damages in the amount of $82,409.97, plus the additional interest accrued from June 27, 2019 until January 8, 2020." *Id.* at 10.

    Accordingly, it is hereby ORDERED that, by **February 5, 2020**, Plaintiffs shall submit a proposed judgment with amounts certain as to each claim of damages. Plaintiffs shall also provide an updated interest calculation for (1) delinquent fringe benefit contributions, and (2) liquidated damages, to include the interest accrued from June 27, 2019 until <u>January 8, 2020</u>. The updated calculation shall be accompanied by supporting documentation consistent with Plaintiffs' prior submissions. *See* Pl. Supp. 56.1 ¶¶ 102–104, ECF No. 54.

    The deadline for Plaintiffs to file their motion for attorney's fees is ADJOURNED *sine die*.

    SO ORDERED.

Dated: January 22, 2020
       New York, New York

                                            ANALISA TORRES
                                  United States District Judge