**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

MASON TENDERS DISTRICT COUNCIL WELFARE FUND; MASON TENDERS DISTRICT COUNCIL PENSION FUND; MASON TENDERS DISTRICT COUNCIL ANNUITY FUND; MASON TENDERS DISTRICT COUNCIL TRAINING FUND; MASON TENDERS DISTRICT COUNCIL HEALTH AND SAFETY FUND; and DOMINICK GIAMMONA, as FUNDS' CONTRIBUTIONS/ DEFICIENCY MANAGER,

          Plaintiffs,        18 **CIVIL** 3668 (MKV)

-against-        **JUDGMENT**

GIBRALTAR CONTRACTING, INC.; and      **For Attorneys' Fees and Costs**
CHRISTIAN VARELA, in his Personal Capacity,

          Defendants.

------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 29, 2020, the Court HEREBY ADOPTS Magistrate Judge Cott's Report and Recommendation in its entirety. Plaintiffs' Motion for Attorneys' Fees and Costs is GRANTED IN PART and DENIED IN PART; judgment is entered for Plaintiffs in the amount of $147,076.45, consisting of $139,737.20 in attorneys' fees and $7,339.25 in costs, and the case is closed.

**Dated:**  New York, New York
          October 30, 2020

                                **RUBY J. KRAJICK**
                                _____
                                 Clerk of Court
                BY:
                                 Deputy Clerk